FILED

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0398

_____

BRADLEY BARTHEL,

      Plaintiff and Appellant,

    v.

BARRETTS MINERALS INC., and JAMES
DELOSRIOS,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2021